JS-6

Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
John J. Falvey, Jr. (*pro hac vice*)
*jfalvey@goodwinprocter.com*
Matthew G. Lindenbaum (*pro hac vice*)
mlindenbaum@goodwinprocter.com
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-2802
Tel.:  617-570-1000
Fax:  617-570-1231

Daniel J. Tyukody, Jr. (SBN 123323)
dtyukody@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.:  213-426-2500
Fax:  213-623-1673

*Attorneys for Defendants*
*Countrywide Home Loans, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TMST, INC., formerly known as THORNBURG MORTGAGE INC., et al.<br><br>JOEL I. SHER, Chapter 11 Trustee and ZUNI INVESTORS, LLC,<br>　　　　　Plaintiffs,<br>v.<br>COUNTRYWIDE HOME LOANS, INC. and BANK OF AMERICA CORPORATION,<br>　　　　　Defendants. | Case No. 2:12-cv-07289-MRP-MANx<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Crtrm: 12 |

[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 12-CV-07289 MRP MANx

The Court, having considered the Stipulation for Voluntary Dismissal With Prejudice, hereby orders the dismissal of the above-referenced action with prejudice. Each party shall bear its own costs and attorney's fees.

Dated: April 29, 2013

*Mariana R. Pfaelzer*

HONORABLE MARIANA R. PFAELZER
JUDGE OF THE U.S. DISTRICT COURT